Alden J. Parker, State Bar No. 196808
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
a law corporation
400 Capitol Mall, 11th Floor
Sacramento, California  95814
Telephone:   916/558-6000
Facsimile:   916/446-1611
Email:  aparker@weintraub.com

Attorneys for
WALGREEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendants. | Case No. CV-11-4470 <br><br> SUBSTITUTION OF ATTORNEYS <br><br><br> Complaint Filed: September 8, 2011 |

Pursuant to Local Rule 182(g), defendant WALGREEN CO. hereby substitute Alden J. Parker, Weintraub Genshlea Chediak, 400 Capitol Mall, 11th Floor, Sacramento, CA 95814, (916) 558-6000, as its attorney of record in place of Otis McGee, Jr., Esq. at Sheppard, Mullin, Richter, & Hampton, LLP, Four Embarcadero Center, 17th Floor, San Francisco, California 94111-4109.

///
///
///
///
///

{1387663.DOC;}

1

SUBSTITUTION OF ATTORNEYS

1  We consent to the above substitution.

2  Dated: November 29, 2011                      WALGREEN CO.

4                                                By: /s/ Chris Murray
5                                                Chris Murray, Esq., Senior Attorney-
   Employee Relations, Defendant

6  I consent to the above substitution.

8  Dated: November __, 2011                      Sheppard Mullin Richter & Hampton, LLP

10                                               By: _____
   Otis McGee, Jr., Esq.

12 I accept the above substitution.

13 Dated: November 21, 2011                      **weintraub** genshlea chediak
                                                 a law corporation

15                                               By: /s/ Alden J. Parker
   Alden J. Parker

18 ORDER

19
20 IT IS SO ORDERED.

21 Dated: 12/13, 2011                            _____
22                                               UNITED STATES

IT IS SO ORDERED

/s/ Edward M. Chen
Judge Edward M. Chen

{1387663.DOC;}                    2                           SUBSTITUTION OF ATTORNEYS

1  We consent to the above substitution.

2  Dated: November __, 2011                    WALGREEN CO.

3

4                                              By: _____
5                                                  Chris Murray, Esq., Senior Attorney-
                                                   Employee Relations, Defendant
6

7  I consent to the above substitution.

8  Dated: November 28, 2011                   Sheppard Mullin Richter & Hampton, LLP

9
                                              By: _____
10                                                 Otis McGee, Jr., Esq.

11

12  I accept the above substitution.

13  Dated: November 21, 2011                  **weintraub** genshlea chediak
                                              a law corporation
14

15                                            By: _____
16                                                Alden J. Parker

17

18                                            ORDER

19  IT IS SO ORDERED.
20

21  Dated: _____, 2011

22                                            _____
                                              UNITED STATES DISTRICT COURT JUDGE
23

24

25

26

27

28