Alden J. Parker, State Bar No. 196808
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
**tobin** & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611

Attorneys for WALGREEN CO.

WILLIAM R. TAMAYO -- #084965 (CA)
JONATHAN T. PECK -- #12303 (VA)
CINDY O'HARA -- #114555 (CA)
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105-1260
Telephone: (415) 625-5653

Attorneys for Plaintiff EEOC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WALGREEN CO.,<br><br>　　　　　Defendant. | Case No. C-11-4470 EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE |

The parties to this matter, by and through their counsel of record, hereby stipulate and request that the Court continue the case management conference currently scheduled for July 31, 2012, at 10:30 a.m. to August 24, 2012 at 10:30 a.m. The trial schedule of Defendant's counsel has precluded the parties from conducting the depositions and mediation which they agreed to conduct before the case management conference. The parties intend to complete mediation prior to the case management conference, and are presently conferring regarding

mediation dates.

Date:  July 13, 2012        EQUAL EMPLOYMENT OPPORTUNITY
                            COMMISSION


                            By:   /S/ Cindy O'Hara
                                  CINDY O'HARA

                            Attorneys for Plaintiff


Dated:  July 13, 2012       WEINTRAUB GENSHLEA CHEDIAK TOBIN &
                            TOBIN
                            Law Corporation


                            By:   /S/: Scott M. Plamondon
                                  SCOTT M. PLAMONDON

                            Attorneys for Defendant
                            WALGREEN CO.

### ORDER

IT IS SO ORDERED.  The case management conference in this matter is continued to August 24, 2012 at 10:30 a.m.

Dated: July 18, 2012

_____
U.S. District C...

**IT IS SO ORDERED**
Judge Edward M. Chen