Alden J. Parker, State Bar No. 196808
Scott M. Plamondon, State Bar No. 212294
**weintraub** genshlea chediak
**tobin** & tobin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone:    916/558.6000
Facsimile:    916/446.1611

Attorneys for Defendant
WALGREEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> WALGREEN CO., <br><br> Defendants. | Case No. C-11-4470 EMC <br><br> **FIFTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT** <br><br> Date:  January 31, 2013 <br> Time: 10:30 a.m. <br> Ctrm: 5, 17th Floor <br><br> Complaint Filed:  September 8, 2011 |

The parties to this matter, by and through their counsel of record, hereby submit this Fifth Joint Case Management Statement, which will serve as an update to the prior Case Management Statements filed in this matter.

The parties were to have completed mediation by December 31, 2012, however due to scheduling limitations of the appointed mediator, Defendant and Plaintiff's counsel and their respective parties with settlement authority, scheduling by that time proved impossible. Mediation is now scheduled and confirmed for all parties, their counsel and the mediator for February 13, 2013, at the JAMS office in San Francisco, California.  Should the mediation be

{1584081.DOC;}                                      1                          FIFTH JOINT CASE MANAGEMENT
                                                                                CONFERENCE STATEMENT

unsuccessful, Walgreens intends to complete the deposition of Charging Party Josefina Hernandez. Walgreens has already taken 6 hours and 43 minutes of Ms. Hernandez's deposition, and has a remaining 2 hours and 17 minutes left pursuant to Court Order. The EEOC will then take the deposition of store manager Robert Baliestrieri.

The parties would suggest the case management conference be continued for 60 days for the purpose of completing mediation and finishing Hernandez' deposition, and then set the schedule for the remainder of the case.

Date: January 24, 2013         EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Cindy O'Hara
    CINDY O'HARA

Attorneys for Plaintiff

Dated: January 24, 2013        **Weintraub Tobin Chediak Coleman Grodin**
                               Law Corporation

By: /s/ Scott M. Plamondon
    SCOTT M. PLAMONDON

Attorneys for Defendant
WALGREEN CO.

IT IS SO ORDERED that the further CMC is reset from 1/31/13 to 4/4/13 at 10:30 a.m. An updated joint CMC Statement shall be filed by 3/28/13.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

{1584081.DOC;}     2     FIFTH JOINT CASE MANAGEMENT CONFERENCE STATEMENT