WILLIAM R. TAMAYO – State Bar Number 084965 (CA)
JONATHAN T. PECK – State Bar Number 12303 (VA)
CINDY O'HARA – State Bar Number 114555 (CA)
PETER F. LAURA, State Bar Number 116426 (CA)
U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California  94105
Telephone:     (415) 625-5653
Facsimile:     (415) 625-5657
Email: Peter.Laura@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>         Plaintiff,<br><br>    vs.<br><br>WALGREEN CO.,<br><br>         Defendant. | Case No.:  C-11-4470  WHO<br><br>**STIPULATION AND REQUEST TO VACATE DATES FOR DURATION OF GOVERNMENT SHUTDOWN** |

**STIPULATION AND REQUEST**

The parties to this matter, by and through their counsel of record, hereby stipulate as follows:

Whereas the United States Equal Employment Opportunity Commission ("Commission"), Plaintiff in this case, is closed for an indefinite period of time due to the

-1-

government shutdown, the parties agree that any dates presently set in this case by the parties, including discovery dates, including but not limited to scheduled depositions, which fall within the period of the shutdown, are vacated.

The parties further stipulate and request of the Court that any case management dates presently set by the Court which should fall within the period of the shutdown, including but not limited to the October 25, 2013 discovery cutoff, be stayed for the duration of the government shutdown.

Upon the reopening of the Commission, the parties agree to meet and confer in good faith to adjust such dates they have set between them, such as deposition dates, as necessary. The parties further agree that should adjustments need to be made to case management dates previously set by the Court, such as the October 25, 2013 discovery cutoff, they will cooperate in petitioning the Court for continuance of those dates.

Dated: October 1, 2013   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By:   /S/ Cindy O'Hara
CINDY O'HARA
Attorneys for Plaintiff

Dated:   October 1, 2013   WEINTRAUB GENSHLEA CHEDIAK TOBIN & TOBIN

By:   /S/ Scott Plamodon
SCOTT PLAMODON
Attorneys for Defendant WALGREEN CO

**ORDER**

Pursuant to the stipulation and request of the parties,

IT IS SO ORDERED.

Dated: October 1, 2013

U.S. District Court Judge

-2-