Alden J. Parker, State Bar No. 196808
Scott M. Plamondon, State Bar No. 212294
Shauna N. Correia, State Bar No. 232410
**weintraub tobin** chediak coleman grodin
LAW CORPORATION
400 Capitol Mall, 11th Floor
Sacramento, CA 95814
Telephone: 916/558.6000
Facsimile: 916/446.1611

Attorneys for WALGREEN CO.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>WALGREEN CO.,<br><br>Defendants. | **Case No. C-11-4470 WHO**<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINES AND ORDER** |

### **STIPULATION AND REQUEST**

The parties to this matter, by and through their counsel of record, hereby stipulate as follows:

Whereas the United States Equal Employment Opportunity Commission ("Commission"), Plaintiff in this case, has reopened after a sixteen-day government shutdown, the parties agree and request of the Court that any dates presently set in this case, including but not limited to discovery dates and scheduled depositions, should be extended for approximately thirty (30) days from the previous set deadlines pursuant to the following proposed dates:

| Event | Previous Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-Off | October 25, 2013 | December 6, 2013 |
| Expert Disclosures | November 29, 2013 | January 10, 2014 |
| Dispositive Motions Filing | December 6, 2013 | January 24, 2014 |
| Rebuttal Expert Disclosures | December 13, 2013 | January 17, 2014 |
| Expert Discovery Cut-Off | December 27, 2013 | January 31, 2014 |
| Further Case Management Conference | January 14, 2014 | February 18, 2014 |
| Hearing on Dispositive Motions | January 15, 2014 | February 28, 2014 |
| Pre-Trial Conference Statement Deadline | April 1, 2014 | May 6, 2014 |
| Pre-Trial Conference | April 14, 2014 | May 19, 2014 |
| Trial | April 28, 2014 | June 2, 2014 |

The parties further stipulate that these dates reflect current scheduling difficulties regarding depositions of Charging Party's physician, Dr. Juanito Austria, and former Store Manager, Kathy Marsh. Dr. Austria's deposition, which was previously set for October 10, 2013, was cancelled due to the government shutdown. Although the shutdown has ended, Dr. Austria is currently unavailable as he is out of the country and will not return until late November. His deposition is necessary to Defendant's motion for summary judgment and therefore, the summary judgment motion filing deadline must be moved to allow for the completion of Dr. Austria's deposition to take place. Additionally, Kathy Marsh is currently unavailable to be deposed as she is on medical leave. For these reasons stated above, we request that all dates be extended for approximately thirty days.

Dated: October 22, 2013  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: ___/S/ Peter Laura___
     PETER LAURA
     Attorneys for Plaintiff

Dated: October 22, 2013    WEINTRAUB TOBIN CHEDIAK COLEMAN GRODIN Law Corporation

By: ___s/ Scott M. Plamondon___
     SCOTT M. PLAMONDON
     SHAUNA N. CORREIA
     Attorneys for Defendant WALGREEN CO

## ORDER

Pursuant to the stipulation and request of the parties,

IT IS SO ORDERED with the following modifications. **First, the next Case Management Conference shall remain as scheduled on January 14, 2014. Second, the last day for hearing dispositive motions shall be March 5, 2014.** All other proposed dates are acceptable.

Dated: October 22, 2013

_____
U.S. District Court Judge